LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 North Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 11-57856-SLJ |
| | ) | |
| BONG HUYNH | ) | **AMENDMENT TO SCHEDULES** |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |

COME NOW Debtor Bong Huynh and amends her schedules as follows:

Dated: Jan. 28, 2012　　　　　　　　　　THE FULLER LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　By:__/s/Lars T. Fuller_
　　　　　　　　　　　　　　　　　　　　　Lars T. Fuller
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

We declare under penalty of perjury under the laws of the United States of America that the attached schedules are true and correct.

Dated: Jan. 28, 2012　　　　　　　　　　__/s/Bong Huynh_
　　　　　　　　　　　　　　　　　　　　Bong Huynh, Debtor

**B6F (Official Form 6F) (12/07)**

*AMENDED*

In re __Bong Huynh_____,    Case No. __11-57856-SLJ_____
      **Debtor**                                       *(If known)*

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-9905-1<br>ACS<br>PO Box 7051<br>Utica, NY 13504-7051 | | | Incurred: 2009<br>Consideration: Student loan | | | | 13,264.49 |
| ACCOUNT NO. 344189<br>Century Tow<br>c/o Lien Enforcement, Inc.<br>P.O. Box 3000E<br>San Jose, CA 95156 | X | | Incurred: 2011<br>Consideration: tow fees<br>Amount $2085.88;<br>Obligation against husband only | | | | Notice Only |
| ACCOUNT NO. 6960900000<br>City of San Jose<br>200 E. Santa Clara St, 4th Fl<br>San Jose, CA 95113 | | | Incurred: 1/2011<br>Consideration: Garbage services for Primary Residence | | | | 919.32 |
| ACCOUNT NO. 13941272<br>Collection Bureau of America<br>PO Box 5013<br>Hayward, CA 94540-5013 | | | Incurred: 2009-2011<br>Consideration: garbage fees<br>6/23/2010<br>Original Creditor: Greenwaste Recovery Inc<br>CBA acc: GWR-617642 | | | | 657.01 |

__1__ continuation sheets attached

Subtotal ▶ $ 14,840.82

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31614-302Y-06410



In re __Bong Huynh_____,   Case No. __11-57856-SLJ_____
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 102120<br>VU.S.A. Law Offices, APC (A)<br>142 East Mission Street<br>San Jose, CA 95112 | | | Incurred: 2009-2010<br>Consideration: Legal services<br>Re: Santa Clara County Superior Court case no. 106CV064403 | | | | 21,210.23 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 21,210.23

Total $ 36,051.05

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)